```
         UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                              Case No. 11-cr-15-PB

Luis Enrique Guzman Tavaras


### O R D E R

The defendant has moved to continue the March 5, 2013 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from March 5, 2013 to May 7, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 19, 2013 final pretrial conference is continued to April 22, 2013 at 3:30 p.m.

    SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

February 19, 2013

cc:   Bjorn Lange, Esq., Esq.
      Alfred J.T. Rubega, AUSA
      United States Marshal
      United States Probation