```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                   Case No. 11-cr-15-PB

**Luis Enrique Guzman Tavaras**


**O R D E R**


The defendant has moved to continue the May 7, 2013 trial in the above case, citing communication issues between the defendant and counsel and the need for additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from May 7, 2013 to August 20, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 22, 2013 final pretrial conference is continued to August 5, 2013 at 2:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 9, 2013

cc: Bjorn Lange, Esq., Esq.
Alfred J.T. Rubega, AUSA
United States Marshal
United States Probation