UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**                                       Case No. 11-cr-15-PB

<u>Luis Enrique Guzman Tavaras</u>

### O R D E R

The defendant has moved to continue the August 20, 2013 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to October 1, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                             /s/Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

August 5, 2013
cc:  Bjorn Lange, Esq., Esq.
     Alfred J.T. Rubega, AUSA
     United States Marshal
     United States Probation